UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRE D. JOHNSON, | Case Number: CV07-05187 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| D.K. SISTO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leandre Demund Johnson
CSP-Solano II
Prisoner Id D-88755
P.O. Box 4000
Vacaville, CA 95696

Dated: November 28, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk